# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| PETER HOLYK, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 3:17-0435 |
| v. | : | JUDGE MANNION |
| SCRANTON COUNSELING CENTER, | : | |
| Defendant | : | |

# **O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant SCC's motion for summary judgment, **(Doc. 43)**, is **GRANTED** with respect to plaintiff Holyk's retaliation claims under the ADEA, ADA, RA, and PHRA in his amended complaint, **(Doc. 39)**;

**(2)** Defendant SCC's motion for summary judgment, **(Doc. 43)**, is **GRANTED** with respect to plaintiff Holyk's disability discrimination claims under the ADA, the RA, and the PHRA in his amended complaint, **(Doc. 39)**;

**(3)** Judgment is entered in favor of defendant SCC and against plaintiff Holyk regarding his retaliation claims and his disability discrimination claims, Counts I-IV; and

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

                                                                      s/ *Malachy E. Mannion*
                                                                      **MALACHY E. MANNION**
                                                                      **United States District Judge**

**Date: December 13, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0435-02-ORDER.wpd